| Statement of Earnings For: Eliginethe Cardona Guzman | | | | Houseworks Holdings LLC |
|---|---|---|---|---|

| Employee #: | Location | O4712 | Period Begin: | Check Date: 7/24/2025 | dba Care and Help Home Care LLC |
|---|---|---|---|---|---|
| Clock Number: | Department | 118 | Period End: | 7/20/2025 | Pay Type: Hourly | 500 Unicorn Park 1st FL, STE 105 |
| Company Id: BH95-8 | Federal Filing: | Head of | Exemptions: | | Additional Tax: | Woburn, MA 01801 |
| | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V7667786 | $0.00 | $784.00 | $626.35 | |

| **EARNINGS** | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | **TAXES** | | | **DEDUCTIONS** | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 12.2500 | 40.00 | 490.00 | 1,168.50 | 14,314.15 | SOC SEC EE | 48.61 | 1,461.02 | Critical Ill EE | 1.52 | 45.60 |
| CG OT @ Reg | 12.2500 | 16.00 | 196.00 | 470.75 | 5,766.74 | MED EE | 11.37 | 341.69 | Medical Post | 15.82 | 474.60 |
| OT Prem | | | 98.00 | 0.00 | 2,904.96 | FEDERAL WH | 26.39 | 449.46 | | | |
| Worked Holiday | | | 0.00 | 31.50 | 578.97 | PA WH | 24.07 | 723.43 | | | |
| | | | | | | PHILADELPHIA | 29.32 | 883.54 | | | |
| | | | | | | PA SUI EE | 0.55 | 16.50 | | | |
| **Total:** | | 56.00 | 784.00 | 1,670.75 | 23,564.82 | **Total:** | 140.31 | 3,875.64 | **Total:** | 17.34 | 520.20 |

| **CURRENT PERIOD LEAVE ACCRUAL** | | | | | **DISTRIBUTION OF NET PAY** | | |
|---|---|---|---|---|---|---|---|
| EPL | Accrued: 1.0000 | Taken: 0.00 | Balance 110.00 | Pay Card (Checking) | Account: ####7911 | Deposit Amount: | 626.35 |

Houseworks Holdings LLC
dba Care and Help Home Care LLC
500 Unicorn Park 1st FL, STE 105
Woburn, MA 01801

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/24/2025 | V7667786 |

| TOTAL NET PAY |
|---|
| ********$626.35 |

002917 O4712 118

**Eliginethe Cardona Guzman**
5119 pennway st
Philadelphia, PA 19124

**NOT NEGOTIABLE**

# Employee Pay Details

Houseworks Holdings LLC

**Eliginethe Cardona Guzman**

For Pay Period:  7/14/2025 - 7/20/2025
Pay Date:        7/24/2025

| Earning | Rate | Hours | Dollars | Labor | Customer | Location | Skills |
|---|---|---|---|---|---|---|---|
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| CG OT @ Reg | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| CG OT @ Reg | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| OT Prem | | | 98.00 | | | PA:Philadelphia CH | |
| | | **56.00** | **784.00** | | | | |

# Employee Pay Details

Houseworks Holdings LLC

**Eliginethe Cardona Guzman**

For Pay Period:  7/14/2025 - 7/20/2025
Pay Date:       7/24/2025

| Statement of Earnings | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: | | Location | O4712 | Period Begin: | 6/29/2025 | | Houseworks Holdings LLC | | |
| Clock Number: | | Department | 118 | Period End: | 7/13/2025 | Check Date: | 7/17/2025 | dba Care and Help Home Care LLC | |
| Company Id: | BH95-8 | Federal Filing: | Head of | Exemptions: | | Pay Type: | Hourly | 500 Unicorn Park 1st FL, STE 105 | |
| | | State Filing: | | Exemptions: | | Additional Tax: | | Woburn, MA 01801 | |
| | | | | | | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| V7637983 | $0.00 | $770.22 | $616.23 | | | | | | |

| EARNINGS | | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | TAXES | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 12.2500 | 40.00 | 490.00 | 1,128.50 | 13,824.15 | SOC SEC EE | 47.75 | 1,412.41 | Critical III EE | 1.52 | 44.08 |
| CG OT @ Reg | 12.2500 | 15.25 | 186.81 | 454.75 | 5,570.74 | MED EE | 11.17 | 330.32 | Medical Post | 15.82 | 458.78 |
| OT Prem | | | 93.41 | 0.00 | 2,806.96 | FEDERAL WH | 24.73 | 423.07 | | | |
| Worked Holiday | | | 0.00 | 31.50 | 578.97 | PA WH | 23.65 | 699.36 | | | |
| | | | | | | PHILADELPHIA | 28.81 | 854.22 | | | |
| | | | | | | PA SUI EE | 0.54 | 15.95 | | | |

| Total: | | 55.25 | 770.22 | 1,614.75 | 22,780.82 | Total: | 136.65 | 3,735.33 | Total: | 17.34 | 502.86 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| CURRENT PERIOD LEAVE ACCRUAL | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|
| EPL | Accrued: 1.0000 | Taken: 0.00 | Balance | 109.00 | Pay Card (Checking) | Account: ####7911 | Deposit Amount: 616.23 |

Houseworks Holdings LLC
dba Care and Help Home Care LLC
500 Unicorn Park 1st FL, STE 105
Woburn, MA 01801

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/17/2025 | V7637983 |

| TOTAL NET PAY |
|---|
| ********$616.23 |

002917 O4712 118

**Eliginethe Cardona Guzman**

5119 pennway st
Philadelphia, PA 19124

**NOT NEGOTIABLE**

# Employee Pay Details
Employee Pay Details

## Houseworks Holdings LLC

**Eliginethe Cardona Guzman**

For Pay Period: 7/7/2025 - 7/13/2025
Pay Date:        7/17/2025

| Earning | Rate | Hours | Dollars | Labor | Customer | Location | Skills |
|---|---|---|---|---|---|---|---|
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| CG OT @ Reg | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| CG OT @ Reg | 12.2500 | 7.25 | 88.81 | | | PA:Philadelphia CH | |
| OT Prem | | | 93.41 | | | PA:Philadelphia CH | |
| | | **55.25** | **770.22** | | | | |

# Employee Pay Details

Houseworks Holdings LLC

**Eliginethe Cardona Guzman**

For Pay Period:  7/7/2025 - 7/13/2025
Pay Date:        7/17/2025

Statement of Earnings - Eliginethe Cardona Guzman

| Employee #: | | Location | O4712 | Period Beginning: | | Check Date: 7/10/2025 | Houseworks Holdings LLC |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department | 118 | Period End: | 7/6/2025 | Pay Type: Hourly | dba Care and Help Home Care LLC |
| Company Id: | BH95-8 | Federal Filing: | Head of | Exemptions: | | Additional Tax: | 500 Unicorn Park 1st FL, STE 105 |
| | | State Filing: | | Exemptions: | | Additional Tax: | Woburn, MA 01801 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V7606763 | $0.00 | $808.54 | $644.31 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 12.2500 | 32.50 | 398.13 | 1,088.50 | 13,334.15 | SOC SEC EE | 50.13 | 1,364.66 | Critical III EE | 1.52 | 42.56 |
| CG OT @ Reg | 12.2500 | 14.50 | 177.63 | 439.50 | 5,383.93 | MED EE | 11.72 | 319.15 | Medical Post | 15.82 | 442.96 |
| Worked Holiday | 18.3800 | 7.50 | 137.85 | 31.50 | 578.97 | FEDERAL WH | 29.33 | 398.34 | | | |
| OT Prem | | | 94.93 | 0.00 | 2,713.55 | PA WH | 24.82 | 675.71 | | | |
| | | | | | | PHILADELPHIA | 30.32 | 825.41 | | | |
| | | | | | | PA SUI EE | 0.57 | 15.41 | | | |

| Total: | | 54.50 | 808.54 | 1,559.50 | 22,010.60 | Total: | 146.89 | 3,598.68 | Total: | 17.34 | 485.52 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|
| EPL | Accrued: 1.0000 | Taken: 0.00 | Balance | 108.00 | Pay Card (Checking) | Account: ####7911 | Deposit Amount: 644.31 |

Houseworks Holdings LLC
dba Care and Help Home Care LLC
500 Unicorn Park 1st FL, STE 105
Woburn, MA 01801

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/10/2025 | V7606763 |

| TOTAL NET PAY |
|---|
| ********$644.31 |

002917 O4712 118

**Eliginethe Cardona Guzman**
5119 pennway st
Philadelphia, PA 19124

**NOT NEGOTIABLE**

# Employee Pay Details

Houseworks Holdings LLC

**Eliginethe Cardona Guzman**

For Pay Period: 6/30/2025 - 7/6/2025
Pay Date:        7/10/2025

| Earning | Rate | Hours | Dollars | Labor | Customer | Location | Skills |
|---|---|---|---|---|---|---|---|
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 7.75 | 94.93 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 7.50 | 91.88 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 1.25 | 15.32 | | | PA:Philadelphia CH | |
| CG OT @ Reg | 12.2500 | 7.75 | 94.94 | | | PA:Philadelphia CH | |
| CG OT @ Reg | 12.2500 | 6.75 | 82.69 | | | PA:Philadelphia CH | |
| Worked Holiday | 18.3800 | 7.50 | 137.85 | | | PA:Philadelphia CH | |
| OT Prem | | | 94.93 | | | PA:Philadelphia CH | |
| | | **54.50** | **808.54** | | | | |

# Employee Pay Details

Houseworks Holdings LLC

**Eliginethe Cardona Guzman**

For Pay Period:  6/30/2025 - 7/6/2025
Pay Date:        7/10/2025

| | | | |
|---|---|---|---|
| Statement of Earnings | | Period Beginning: | Housework Holdings LLC |

Employee #: ▮▮▮▮
Clock Number:
Company Id: BH95-8

Location: O4712
Department: 118
Federal Filing: Head of
State Filing:

Period Beginning:
Period End: 6/29/2025
Pay Type: Hourly
Exemptions:
Exemptions:

Check Date:
Additional Tax:
Additional Tax:

Housework Holdings LLC
dba Care and Help Home Care LLC
500 Unicorn Park 1st FL, STE 105
Woburn, MA 01801

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V7587614 | $0.00 | $779.41 | $622.90 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 12.2500 | 40.00 | 490.00 1,056.00 | 12,936.02 | SOC SEC EE | 48.33 | 1,314.53 | Critical III EE | 1.52 | 41.04 |
| CG OT @ Reg | 12.2500 | 15.75 | 192.94 425.00 | 5,206.30 | MED EE | 11.30 | 307.43 | Medical Post | 15.82 | 427.14 |
| OT Prem | | | 96.47 0.00 | 2,618.62 | FEDERAL WH | 25.84 | 369.01 | | | |
| Worked Holiday | | | 0.00 24.00 | 441.12 | PA WH | 23.93 | 650.89 | | | |
| | | | | | PHILADELPHIA | 29.23 | 795.09 | | | |
| | | | | | PA SUI EE | 0.54 | 14.84 | | | |
| **Total:** | | 55.75 | 779.41 1,505.00 | 21,202.06 | **Total:** | 139.17 | 3,451.79 | **Total:** | 17.34 | 468.18 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|
| EPL | Accrued: 1.0000 | Taken: 0.00 | Balance 107.00 | Pay Card (Checking) | Account: ####7911 | Deposit Amount: 622.90 |

Houseworks Holdings LLC
dba Care and Help Home Care LLC
500 Unicorn Park 1st FL, STE 105
Woburn, MA 01801

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/3/2025 | V7587614 |

| TOTAL NET PAY |
|---|
| ********$622.90 |

002917 O4712 118
**Eliginethe Cardona Guzman**
5119 pennway st
Philadelphia, PA 19124

**NOT NEGOTIABLE**

# Employee Pay Details

Houseworks Holdings LLC

**Eliginethe Cardona Guzman**

For Pay Period: 6/23/2025 - 6/29/2025
Pay Date:        7/3/2025

| Earning | Rate | Hours | Dollars | Labor | Customer | Location | Skills |
|---|---|---|---|---|---|---|---|
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| CG OT @ Reg | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| CG OT @ Reg | 12.2500 | 7.75 | 94.94 | | | PA:Philadelphia CH | |
| OT Prem | | | 96.47 | | | PA:Philadelphia CH | |
| | | **55.75** | **779.41** | | | | |

## Employee Pay Details

Houseworks Holdings LLC

**Eliginethe Cardona Guzman**

For Pay Period:  6/23/2025 - 6/29/2025
Pay Date:        7/3/2025

Statement of Earnings

| Employee #: | Location | O4712 | Period Beginning: | | Houseworks Holdings LLC |
|---|---|---|---|---|---|
| Clock Number: | Department | 118 | Period End: | 6/22/2025 | dba Care and Help Home Care LLC |
| Company Id: BH95-8 | Federal Filing: | Head of | Check Date: | | 500 Unicorn Park 1st FL, STE 105 |
| | State Filing: | | Pay Type: | Hourly | Woburn, MA 01801 |
| | | | Exemptions: | | |
| | | | Additional Tax: | | |
| | | | Exemptions: | | |
| | | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V7557774 | $0.00 | $747.25 | $599.27 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 12.2500 40.00 | 490.00 | 1,016.00 | 12,446.02 | SOC SEC EE | 46.33 | 1,266.20 | Critical III EE | 1.52 | 39.52 |
| CG OT @ Reg | 12.2500 14.00 | 171.50 | 409.25 | 5,013.36 | MED EE | 10.84 | 296.13 | Medical Post | 15.82 | 411.32 |
| OT Prem | | 85.75 | 0.00 | 2,522.15 | FEDERAL WH | 21.98 | 343.17 | | | |
| Worked Holiday | | 0.00 | 24.00 | 441.12 | PA WH | 22.94 | 626.96 | | | |
| | | | | | PHILADELPHIA | 28.02 | 765.86 | | | |
| | | | | | PA SUI EE | 0.53 | 14.30 | | | |
| Total: | 54.00 | 747.25 | 1,449.25 | 20,422.65 | Total: | 130.64 | 3,312.62 | Total: | 17.34 | 450.84 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|
| EPL | Accrued: 1.0000 | Taken: 0.00 | Balance 106.00 | Pay Card (Checking) | Account: ####7911 | Deposit Amount: | 599.27 |

Houseworks Holdings LLC
dba Care and Help Home Care LLC
500 Unicorn Park 1st FL, STE 105
Woburn, MA 01801

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/26/2025 | V7557774 |

| TOTAL NET PAY |
|---|
| ********$599.27 |

002917 O4712 118

**Eliginethe Cardona Guzman**
5119 pennway st
Philadelphia, PA 19124

**NOT NEGOTIABLE**

## Employee Pay Details

Houseworks Holdings LLC

**Eliginethe Cardona Guzman**

For Pay Period:  6/16/2025 - 6/22/2025

Pay Date:          6/26/2025

| Earning | Rate | Hours | Dollars | Labor | Customer | Location | Skills |
|---|---|---|---|---|---|---|---|
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 7.00 | 85.75 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 7.00 | 85.75 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 2.00 | 24.50 | | | PA:Philadelphia CH | |
| CG OT @ Reg | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| CG OT @ Reg | 12.2500 | 6.00 | 73.50 | | | PA:Philadelphia CH | |
| OT Prem | | | 85.75 | | | PA:Philadelphia CH | |
| | | **54.00** | **747.25** | | | | |

## Employee Pay Details

Houseworks Holdings LLC

**Eliginethe Cardona Guzman**

For Pay Period:  6/16/2025 - 6/22/2025
Pay Date:         6/26/2025

Statement of Earnings

| Employee #: | Location | O4712 | Period Beginning: | 6/9/2025 | Housework Holdings LLC |
|---|---|---|---|---|---|
| Clock Number: | Department | 118 | Period End: | 6/22/2025 | dba Care and Help Home Care LLC |
| Company Id: BH95-8 | Federal Filing: | Head of | Pay Type: | Hourly | 500 Unicorn Park 1st FL, STE 105 |
| | State Filing: | | Exemptions: | | Woburn, MA 01801 |
| | | | Exemptions: | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 9999 | $125.64 | $147.00 | $125.64 | 6/9/25-6/15/25 |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| CG OT @ Reg | 12.2500 | 8.00 | 98.00 | 395.25 | 4,841.86 | SOC SEC EE | 9.11 | 1,219.87 | Critical Ill EE | 0.00 | 38.00 |
| OT Prem | | | 49.00 | 0.00 | 2,436.40 | MED EE | 2.13 | 285.29 | Medical Post | 0.00 | 395.50 |
| Regular | | | 0.00 | 976.00 | 11,956.02 | FEDERAL WH | 0.00 | 321.19 | | | |
| Worked Holiday | | | 0.00 | 24.00 | 441.12 | PA WH | 4.51 | 604.02 | | | |
| | | | | | | PHILADELPHIA | 5.51 | 737.84 | | | |
| | | | | | | PA SUI EE | 0.10 | 13.77 | | | |
| **Total:** | | 8.00 | 147.00 | 1,395.25 | 19,675.40 | **Total:** | 21.36 | 3,181.98 | **Total:** | 0.00 | 433.50 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| EPL  Accrued: 1.0000  Taken: 0.00  Balance 106.00 | |

Houseworks Holdings LLC
dba Care and Help Home Care LLC
500 Unicorn Park 1st FL, STE 105
Woburn, MA 01801

| CHECK DATE | CHECK NUMBER |
|---|---|
| 6/18/2025 | 9999 |

| CHECK AMOUNT |
|---|
| ********$125.64 |

002917 O4712 118

**Eliginethe Cardona Guzman**
5119 pennway st
Philadelphia, PA 19124

**NOT NEGOTIABLE**

## Employee Pay Details

Houseworks Holdings LLC

**Eliginethe Cardona Guzman**

For Pay Period:  6/16/2025 - 6/22/2025
Pay Date:        6/26/2025

Statement of Earnings

| | |
|---|---|
| Employee #: | |
| Clock Number: | |
| Company Id: BH95-8 | |

| | |
|---|---|
| Location | O4712 |
| Department | 118 |
| Federal Filing: | Head of |
| State Filing: | |

| | |
|---|---|
| Period Beginning: | 6/1/2025 |
| Period End: | 6/15/2025 |
| Pay Type: | Hourly |
| Exemptions: | |
| Exemptions: | |

| | |
|---|---|
| Check Number: | |
| Additional Tax: | |
| Additional Tax: | |

Houseworks Holdings LLC
dba Care and Help Home Care LLC
500 Unicorn Park 1st FL, STE 105
Woburn, MA 01801

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V7528863 | $0.00 | $632.41 | $514.92 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 12.2500 | 40.00 | 490.00 | 976.00 | 11,956.02 | SOC SEC EE | 39.21 | 1,210.76 | Critical III EE | 1.52 | 38.00 |
| CG OT @ Reg | 12.2500 | 7.75 | 94.94 | 387.25 | 4,743.86 | MED EE | 9.17 | 283.16 | Medical Post | 15.82 | 395.50 |
| OT Prem | | | 47.47 | 0.00 | 2,387.40 | FEDERAL WH | 8.20 | 321.19 | | | |
| Worked Holiday | | | 0.00 | 24.00 | 441.12 | PA WH | 19.41 | 599.51 | | | |
| | | | | | | PHILADELPHIA | 23.72 | 732.33 | | | |
| | | | | | | PA SUI EE | 0.44 | 13.67 | | | |
| **Total:** | | 47.75 | 632.41 | 1,387.25 | 19,528.40 | **Total:** | 100.15 | 3,160.62 | **Total:** | 17.34 | 433.50 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|
| EPL | Accrued: 1.0000 | Taken: 0.00 | Balance 105.00 | Pay Card (Checking) | Account: ####7911 | Deposit Amount: | 514.92 |

Houseworks Holdings LLC
dba Care and Help Home Care LLC
500 Unicorn Park 1st FL, STE 105
Woburn, MA 01801

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/18/2025 | V7528863 |

| TOTAL NET PAY |
|---|
| ********$514.92 |

002917 O4712 118

**Eliginethe Cardona Guzman**
5119 pennway st
Philadelphia, PA 19124

**NOT NEGOTIABLE**

## Employee Pay Details

Houseworks Holdings LLC

**Eliginethe Cardona Guzman**

For Pay Period:  6/9/2025 - 6/15/2025
Pay Date:        6/18/2025

| Earning | Rate | Hours | Dollars | Labor | Customer | Location | Skills |
|---------|------|-------|---------|-------|----------|----------|--------|
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 7.75 | 94.94 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 0.25 | 3.06 | | | PA:Philadelphia CH | |
| CG OT @ Reg | 12.2500 | 7.75 | 94.94 | | | PA:Philadelphia CH | |
| OT Prem | | | 47.47 | | | PA:Philadelphia CH | |
| | | **47.75** | **632.41** | | | | |

Employee Pay Details

Houseworks Holdings LLC

**Eliginethe Cardona Guzman**

For Pay Period:  6/9/2025 - 6/15/2025
Pay Date:        6/18/2025

Statement of Earnings

| Employee #: | | Location | O4712 | Period Beginning: | | | Housevorks Holdings LLC |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department | 118 | Period End: | 6/8/2025 | Pay Type: | Hourly | dba Care and Help Home Care LLC |
| Company Id: | BH95-8 | Federal Filing: | Head of | Exemptions: | | Additional Tax: | 500 Unicorn Park 1st FL, STE 105 |
| | | State Filing: | | Exemptions: | | Additional Tax: | Woburn, MA 01801 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V7502380 | $0.00 | $742.66 | $595.91 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 12.2500 | 40.00 | 490.00 | 936.00 | 11,466.02 | SOC SEC EE | 46.04 | 1,171.55 | Critical Ill EE | 1.52 | 36.48 |
| CG OT @ Reg | 12.2500 | 13.75 | 168.44 | 379.50 | 4,648.92 | MED EE | 10.77 | 273.99 | Medical Post | 15.82 | 379.68 |
| OT Prem | | | 84.22 | 0.00 | 2,339.93 | FEDERAL WH | 21.43 | 312.99 | | | |
| Worked Holiday | | | 0.00 | 24.00 | 441.12 | PA WH | 22.80 | 580.10 | | | |
| | | | | | | PHILADELPHIA | 27.85 | 708.61 | | | |
| | | | | | | PA SUI EE | 0.52 | 13.23 | | | |
| Total: | | 53.75 | 742.66 | 1,339.50 | 18,895.99 | Total: | 129.41 | 3,060.47 | Total: | 17.34 | 416.16 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| EPL | | Accrued: | 1.0000 | Taken: | 0.00 | Balance | 104.00 | Pay Card (Checking) | Account: ####7911 | Deposit Amount: | 595.91 |

Houseworks Holdings LLC
dba Care and Help Home Care LLC
500 Unicorn Park 1st FL, STE 105
Woburn, MA 01801

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/12/2025 | V7502380 |

| TOTAL NET PAY |
|---|
| ********$595.91 |

002917 O4712 118

**Eliginethe Cardona Guzman**
5119 pennway st
Philadelphia, PA 19124

**NOT NEGOTIABLE**

Employee Pay Details

Houseworks Holdings LLC

**Eliginethe Cardona Guzman**

For Pay Period: 6/2/2025 - 6/8/2025
Pay Date:        6/12/2025

| Earning | Rate | Hours | Dollars | Labor | Customer | Location | Skills |
|---|---|---|---|---|---|---|---|
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 7.00 | 85.75 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 6.75 | 82.69 | | | PA:Philadelphia CH | |
| Regular | 12.2500 | 2.25 | 27.56 | | | PA:Philadelphia CH | |
| CG OT @ Reg | 12.2500 | 8.00 | 98.00 | | | PA:Philadelphia CH | |
| CG OT @ Reg | 12.2500 | 5.75 | 70.44 | | | PA:Philadelphia CH | |
| OT Prem | | | 84.22 | | | PA:Philadelphia CH | |
| | | **53.75** | **742.66** | | | | |

# Employee Pay Details

Houseworks Holdings LLC

**Eliginethe Cardona Guzman**

For Pay Period:  6/2/2025 - 6/8/2025
Pay Date:        6/12/2025