Certificate Number: 16339-PAE-DE-039987347

Bankruptcy Case Number: 25-13182



16339-PAE-DE-039987347

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 17, 2025, at 9:07 o'clock AM EDT, Eliginethe Cardona guzman completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 17, 2025              By:   /s/Kelley Tipton

                                     Name: Kelley Tipton

                                     Title: Certified Financial Counselor